UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LAWRENCE, an Individual;<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a National Association; FIRST AMERICAN TITLE INSURANCE COMPANY; and DOES 1 through 100, Inclusive,<br><br>Defendants. | No.: 1:21-cv-01224-NONE-EPG<br><br><u>ORDER RE: JOINT STIPULATION TO EXTEND PLAINTIFF ROBERT LAWRENCE'S DEADLINE TO RESPOND TO DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT</u> |

/////
/////
/////
/////
/////
/////
/////

1     Based on the Parties' Joint Stipulation to Extend Plaintiff's Deadline to Respond to Defendant Wells Fargo Bank, N.A.'S Motion to Dismiss First Amended Complaint, and good cause having been shown, the court orders that Plaintiff's deadline to file a responsive pleading to Defendant's Motion to Dismiss First Amended Complaint shall be extended to October 6, 2021. Further, Defendant's Reply brief in support of its motion to dismiss the First Amended Complaint, should it elect to file reply papers, is due by October 20, 2021.

IT IS SO ORDERED.

Dated: **September 7, 2021**

_____
UNITED STATES DISTRICT JUDGE