UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LAWRENCE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　　Defendants. | No. 1:21-cv-01224-DAD-EPG<br><br>ORDER REFERRING MOTION TO MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), the pending motion to withdraw as counsel filed by counsel for plaintiff (Doc. No. 18) is hereby referred to United States Magistrate Judge Erica P. Grosjean for issuance of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(B) and (C).  Accordingly, the hearing on the motion set for June 7, 2022 before the undersigned is hereby vacated and a new hearing date will be set by way of minute order by the assigned magistrate judge if found to be appropriate.

IT IS SO ORDERED.

　　Dated:　**April 19, 2022**　　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1