UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LAWRENCE,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>Defendants. | Case No. 1:21-cv-01224-DAD-EPG<br><br>ORDER RESETTING HEARING ON COUNSEL TIMOTHY MCFARLIN'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF<br><br>(ECF No. 18) |

Counsel Timothy McFarlin has filed a motion to withdraw as counsel for Plaintiff Robert Lawrence ("Plaintiff"). (ECF No. 18.) The motion was set for hearing on June 7, 2022, at 9:30 AM before District Judge Dale A. Drozd, and a copy of the motion was served on Plaintiff by overnight mail. (*Id.*)

On April 19, 2022, District Judge Dale A. Drozd entered an order referring the motion to the undersigned. (ECF No. 20.) The Court will accordingly reset the hearing on the motion. Plaintiff is advised that he may appear telephonically at the hearing using the dial-in number and passcode provided below.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on Timothy McFarlin's motion to withdraw as counsel for Plaintiff is RESET for **June 10, 2022, at 10:00 AM** in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. The parties may appear telephonically at the hearing using

1  the following dial-in number and passcode: 1-888- 251-2909; passcode 1024453; and

2.  The Clerk of Court is respectfully directed to serve Plaintiff with a copy of this order at the following address:

>  Robert Lawrence
>  935 East Laurel Ave.
>  Porterville, CA 93257

IT IS SO ORDERED.

Dated:  **April 20, 2022**           /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE