UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LAWRENCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　Defendants. | Case No.  1:21-cv-01224-DAD-EPG<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE IN WRITING WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br><br>TWENTY-ONE (21) DAY DEADLINE |

　　　　On April 18, 2022, Timothy McFarlin of McFarlin LLP filed a motion to withdraw as counsel of record for Plaintiff Robert Lawrence ("Plaintiff"). Plaintiff was served with a copy of the motion by overnight mail. (ECF No. 18-3.) On April 21, 2022, the Court entered an order continuing the hearing on the motion to withdraw to June 10, 2022, and directing the Clerk of Court to serve Plaintiff with a copy of the order by U.S. mail. (ECF No. 21.) Plaintiff did not file an opposition or otherwise respond to the motion.

　　　　On June 10, 2022, the Court held a hearing on the motion to withdraw.[1] (ECF No. 22.) Plaintiff's counsel Timothy McFarlin and Defendant's counsel Michael Rapkine appeared telephonically. (*Id.*) Despite having notice of and an opportunity to attend, Plaintiff did not appear at the hearing.

---

[1] The Court will enter an order granting Plaintiff's counsel's motion to withdraw concurrently with this order.

1

This case cannot proceed without Plaintiff's participation. Therefore, the Court will order Plaintiff to show cause why this case should not be dismissed for failure to prosecute. Plaintiff shall respond in writing and refer to Case No. 1:21-cv-01224-DAD-EPG. Plaintiff's response should state whether he intends to go forward with this case. If Plaintiff needs time to obtain new counsel, he should explain how much time he needs. If Plaintiff does not indicate that he plans to go forward with and participate in this case, the Court will issue a recommendation that the case be dismissed without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. Within **twenty-one (21) days** of service of this order, Plaintiff shall show cause in writing why this case should not be dismissed for failure to prosecute; and
2. The Clerk of Court is directed to serve a copy of this order on Plaintiff at his address of record:

Robert Lawrence
935 E. Laurel Ave.
Porterville, CA 93257

**Plaintiff's failure to respond to this order will result in a recommendation that this case be dismissed**.

IT IS SO ORDERED.

Dated:   **June 10, 2022**                       /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE