# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LAWRENCE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　Defendant. | Case No. 1:21-cv-01224-JLT-EPG<br><br>ORDER DECLINING TO ADOPT FINDINGS AND RECOMMENDATIONS; DENYING MOTION TO VACATE JUDGMENT<br><br>(Docs. 29, 35). |

　　　The previously assigned district judge adopted findings and recommendations to dismiss this action for Plaintiff's failure to prosecute and obey a Court order. (Doc. 26.) The Court entered judgment the same day. (Doc. 27.) Plaintiff then filed a motion to vacate the order dismissing Plaintiff's case. (Doc. 29.) Plaintiff explained therein that he was unable to prosecute his case due to unexpected family responsibilities. (*Id*.) The assigned magistrate judge entered findings and recommendations, recommending that Plaintiff's motion be granted, and that the order dismissing Plaintiff's case be vacated. (Doc. 35.) The Court provided the parties an opportunity to file objections to the findings and recommendations. (*Id*.) To date, no objections have been filed.

　　　However, on April 6, 2023, the copy of the findings and recommendations served by U.S. Mail on Plaintiff's address of record was returned to sender as undeliverable. (*See* Docket.) This Court's Local Rule 183(b) provides:

> Address Changes. A party appearing in propria persona shall keep the Court and opposing parties advised as to his or her current address. If mail directed to a plaintiff in

1

propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

Sixty-three days have now passed since the findings and recommendations were returned as undeliverable, and the Court has not received any updated address or any other communication from Plaintiff. Even assuming Plaintiff's December 15, 2022, motion to vacate has merit, Plaintiff's failure to update the Court with a valid address demonstrates a continued failure to prosecute this matter and provides the Court an independent basis to dismiss this matter. Given this and considering the entire record of this case, including prior conduct evidencing failure to prosecute, the Court declines to set aside the judgment in this case. Plaintiff has been warned numerous times of his obligations to prosecute this matter and has failed to exercise reasonable diligence. Thus, the Court **ORDERS**:

1. The Court **DECLINES TO ADOPT** the findings and recommendations (Doc. 35).
2. Plaintiff's motion to vacate judgment (Doc. 29) is **DENIED.**
3. The case shall remain closed.

IT IS SO ORDERED.

Dated:   **June 23, 2023**

_____
UNITED STATES DISTRICT JUDGE